IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LLOYD LONG,                                      )
                                                 )
         Plaintiff,                              )
                                                 )
v.                                               )    CIVIL ACT. NO.  2:13cv551-CSC
                                                 )
SONIC AUTOMOTIVE, INC.,                          )
a foreign corporation doing business as          )
BMW of Montgomery, Alabama,                      )
                                                 )
         Defendant.                              )

## MEMORANDUM OPINION and ORDER

Now pending before the court is the defendant's motion to dismiss or in the alternative, motion to stay this case and motion to compel arbitration (doc. # 5). The plaintiff does not oppose arbitration, but opposes dismissal of this action and argues instead that the case is due to be stayed pending arbitration. *Id.* The court agrees. Pursuant to 28 U.S.C. § 636(c)(1) and M.D. Ala. LR 73.1, the parties have consented to a United States Magistrate Judge conducting all proceedings in this case and ordering the entry of final judgment. Accordingly, upon consideration of the motion and for good cause, it is

ORDERED as follows that:

1.       The motion to dismiss be and is hereby DENIED.

2.       The motion to compel arbitration and the motion to stay (doc. # 5) be and are hereby GRANTED.

3.      This case be and is hereby STAYED pending a decision in arbitration. Beginning on December 1, 2013, the defendant shall file a status report every 60 days concerning the status of arbitration until a decision is rendered.  The monthly status report shall be filed no later than the fifth day of each month.

Done this 18th day of September, 2013.

       /s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE